# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

JOEL FITZGERALD HAMLIN

RECEIVED
By USMS-E/NC at 5:09 pm, Jul 27, 2023

WARRANT FOR ARREST

CRIMINAL CASE: 5:23-CR-239

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

__JOEL FITZGERALD HAMLIN__ he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment ____ Superseding Indictment ____ Criminal Information ____ Complaint

____ Order of Court: ____ Violation Notice ____ Probation Violation Petition charging him/her with:

Counts 1 and 2 - 21 U.S.C. § 841(a)(1): Distribute a quantity of cocaine base (crack)
Count 3 - 21 U.S.C. § 841(a)(1): Possess with the intent to distribute a quantity of cocaine and a quantity of cocaine base (crack)
Count 4 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a firearm by a convicted felon

Peter A. Moore, Jr.
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

JULY 27, 2023 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED<br>07/27/2023 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST<br>08/04/2023 | J. McCann, FBI | *S. Bowyer, USMS* |

FILED

AUG 04 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK